1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANE PALMER,

11           Petitioner,                    No. CIV S-05-2365 GEB JFM P

12       vs.

13

14           Respondent.                    ORDER

15   _____/

16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

18   pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

19   Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

20   a request to proceed in forma pauperis or submit the appropriate filing fee.

21           "A petitioner for habeas corpus relief must name the state officer having custody

22   of him or her as the respondent to the petition."  Stanley v. California Supreme Court, 21 F.3d

23   359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254).  Petitioner has not named any

24   respondent in this action.  Accordingly, the instant petition must be dismissed with leave to

25   amend.  See Stanley, 21 F.3d at 360.

26           In accordance with the above, IT IS HEREBY ORDERED that:

1

1          1. Petitioner shall submit, within thirty days from the date of this order, an

2  affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

3  petitioner's failure to comply with this order will result in the dismissal of this action;

4          2. The Clerk of the Court is directed to send petitioner a copy of the in forma

5  pauperis form used by this district.

6          3. Petitioner's application for writ of habeas corpus is dismissed with leave to file

7  an amended petition within thirty days from the date of this order;

8          4. Any amended petition must be filed on the form employed by this court, must

9  name the proper respondent, and must state all claims and prayers for relief on the form.  It must

10  bear the case number assigned to this action and must bear the title "Amended Petition"; and

11          5. The Clerk of the Court is directed to send petitioner the form for habeas corpus

12  application.

13  DATED:  January 12, 2006.

15  _____
      UNITED STATES MAGISTRATE JUDGE

18  12/bb
    palm2365.101a