IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANE PALMER,

        Petitioner,                 No. CIV S-05-2365 GEB JFM P

    vs.

        Respondent.            FINDINGS & RECOMMENDATIONS

_____/

        By order filed January 12, 2006, petitioner's application was dismissed and thirty days' leave to file an amended application was granted.  Petitioner was also directed to either pay the appropriate filing fee or submit an affidavit in support of his request to proceed in forma pauperis.  The thirty day period has now expired, and petitioner has not filed an amended application, paid the filing fee, submitted an affidavit, or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, petitioner may file written

1

1  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

2  Findings and Recommendations."  Petitioner is advised that failure to file objections within the

3  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

4  F.2d 1153 (9th Cir. 1991).

5  DATED:   February 27, 2006.

6

7                                        UNITED STATES MAGISTRATE JUDGE

8

9  /001; palm2365.fta

10

2